FILED
2015 Oct-13  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "D"

# Davenport, Lavette & Cleckler, PC
ATTORNEYS AT LAW

P.O. Box 360186
BIRMINGHAM, AL 35236

W. KIRK DAVENPORT
PATRICK M. LAVETTE
D. CRAIG CLECKLER

TELEPHONE (205) 988-4038
FAX (205) 988-3490

March 14, 2013

**Via Email and U.S. Mail**
Kori L. Clement, Esq.
Hare, Clement & Duck, P.C.
1010 Financial Center
505 North 20th Street
Birmingham, AL 35203

Re: Robertson v. 19th Street Investments, Inc. and Sabbah Brothers Enterprises, Inc.
In The Circuit Court of Jefferson County, Bessemer Division
CV- 2007-633

Dear Kori:

I am writing on behalf of the Plaintiffs in the consolidated actions. As you are aware, the jury returned verdicts totaling over $15 million against The Nineteenth Street Investments, Inc., in the initial phase of the trial of these cases. In our previous demand of March 3, 2011, we had offered to settle these claims for tender of the liquor libility limits of Nationwide Policy #77PR762940.

The Court has now scheduled the second phase of this trial in order to determine whether the verdict will be assessed against the other two named defendants in this action -- Sabbah Brothers Enterprises, Inc., and Ibrahim Sabbah. Both are insureds under the above policy, and both have substantial risk of the judgment being assessed against them. You are familiar with the arguments we have set forth. We are confident that we will prevail, and that a verdict substantially in excess of the $1 million coverage available under the above policy will attach to the remaining defendants.

In order to avoid liability being assessed against Mr. Sabbah and Sabbah Brothers Enterprises, all plaintiffs will again agree to settle all claims against these defendants and against Nineteenth for payment of the $1 million limits of the above policy.

This offer will remain open for 28 days, and thereafter will be withdrawn. After that time, plaintiffs will proceed to the second phase of trial and will make every effort to collect the judgment from any and all available personal or corporate assets.

Please advise Mr. Sabbah of this offer.

PHYSICAL ADDRESS: 3829 LORNA ROAD, SUITE 302, BIRMINGHAM, AL 35244
WEBSITE: www.dlclawyers.com

H&C 10891

With best regards, I remain,

Very truly yours,

**DAVENPORT, LAVETTE & CLECKLER, P.C.**

Patrick M. Lavette

PML/chc
cc:
    Ashley Peinhardt, Esq.
    Don McKenna, Esq.
    Edward D. Tumlin, Esq.
    Ralph Bohanan, Esq.
    Andrew LaPlante, Esq.