```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

IBRAHIM SABBAH, et al.,      }
                             }
     Plaintiffs,             }
                             }    CIVIL ACTION NO.
v.                           }    2:15-CV-1772-WMA
                             }
NATIONWIDE MUTUAL INSURANCE  }
COMPANY, et al.,             }
                             }
     Defendant.
```

## ORDER

On November 11, 2015, defendants filed a motion to dismiss. (Doc. 7). If plaintiffs wish to respond they shall do so **on or before November 27, 2015.**

DONE this 12th day of November, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE